**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stephen and Debra Hager,

Plaintiffs,

vs.

Michael L. Martinez,

Defendant.

Court File No. 00CV733 ADM/AJB

**STIPULATED REQUEST FOR EXTENSION AND ORDER**

---

WHEREAS, Stephen and Debra Hager commenced this action on or about March 23, 2000 and served the summons and complaint upon defendant Michael L. Martinez on or about April 3, 2000;

WHEREAS, defense counsel for defendant was retained on April 28, 2000;

WHEREAS, defense counsel wishes to avoid the time and expense associated with filing a formal motion for a 30-day extension of time to respond to the complaint;

WHEREAS, counsel for plaintiffs does not oppose the request for an extension;

IT IS HEREBY STIPULATED AND AGREED that the parties will jointly request leave of court for defendant to file a response to the complaint within 30 days of April 28, 2000.

Dated: May 2, 2000

Cameron M. Parkhurst - ID# 264593
Katz & Manka, Ltd.
4150 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 333-1671
***Attorneys for Plaintiffs***

MAY 03 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5/2/00

Robert E. Salmon - ID# 123031
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
***Attorneys for Defendant***

**ORDER**

Based upon the foregoing stipulation, the defendant's time to respond to the complaint is extended for 30 days from April 28, 2000.

Dated: 5/3/00

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

\801185