UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHEN HEGER, ET AL.,

Plaintiffs,

v.

MICHAEL L. MARTINEZ,

Defendant.

Case No. 00-733 ADM/AJB

NOTICE OF CANCELLATION

---

Due to the magistrate judge reassignment in the above captioned matter, you are hereby given notice that the pretrial conference scheduled to be held on July 18, 2000, at 1:30 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

Dated: 6/20/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed JUN 20 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________