UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stephen and Debra Heger,

Plaintiffs,

vs.

Michael L. Martinez,

Defendant.

Civil No. 00-733 ADM/SRN

**STIPULATION OF COUNSEL**
and ORDER.

---

The parties to the above-captioned matter stipulate by and through their counsel to the following requested changes in the Pretrial Scheduling Order filed July 27, 2000:

1. Discovery shall be commenced in time to be completed by June 1, 2001.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before March 1, 2001.

   a. By Defendant(s) on or before May 1, 2001.

3. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 1, 2001.

4. All dispositive motions shall be served and filed by the parties by September 1, 2001.

5. Counsel believe these changes are necessary due to the fact that the departure of Plaintiffs' counsel from his prior law firm has resulted in unexpected delays in the progress of this matter. Counsel expect that this matter will be ready for trial on November 1, 2001 as scheduled.

FILED JAN 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: 1-18, 2001

MEAGHER & GEER, P.L.L.P.

Robert E. Salmon, #123031
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
612/338-0661

Attorneys for Defendant

Dated: 1-18, 2001

Cameron M. Parkhurst, #264593
P.O. Box 583457
Minneapolis, MN 55458-3457
612/729-5041

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen and Debra Heger,

Plaintiffs,

vs.

Michael L. Martinez,

Defendant.

Civil No. 00-733 ADM/SRN

ORDER

---

Pursuant to Stipulation of Counsel and approval by this Court, the Pretrial Scheduling Order filed July 27, 2001 is modified as follows:

1. Discovery shall be commenced in time to be completed by June 1, 2001.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before March 1, 2001.

   b. By Defendant(s) on or before May 1, 2001.

3. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 1, 2001.

4. All dispositive motions shall be served and filed by the parties by September 1, 2001.

5. All other dates as set forth in the Pretrial Scheduling Order filed July 27, 2000 remain unchanged.

Dated: January 22, 2001

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

No further extensions will be granted