**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stephen and Debra Hager,

Plaintiffs,

vs.

Michael L. Martinez,

Defendant.

Court File No. 00CV733 ADM/AJB

**STIPULATION OF DISMISSAL AND ORDER FOR DISMISSAL**

---

WHEREAS, the parties hereto, through their respective counsel, have reached a full and final settlement of this matter; and

WHEREAS, the parties hereto jointly request that the Court direct the entry of judgment of dismissal with prejudice, without costs, and on the merits,

The parties hereto, through their respective counsel, stipulate and agree to dismissal of this case with prejudice, without costs and on the merits.

Dated: 11-15-01

Cameron M. Parkhurst - ID# 264593
Suite 619
1700 Highway 36 West
Roseville, MN 55113
(651) 287-0210
***Attorneys for Plaintiffs***

FILED NOV 2 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 11/19/01

Robert E. Salmon - ID# 123031
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
***Attorneys for Defendant***

**ORDER**

Based upon the foregoing stipulation, the Court directs the entry of judgment of dismissal of this case with prejudice, without costs and on the merits.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 20, 2001

BY THE COURT:

The Honorable Ann D. Montgomery
United States District Court Judge

\921441.1